**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01403-PAB

SAMUEL MASIAS,

    Plaintiff,

v.

COLORADO SPRINGS UTILITIES (CSU),
JERRY A. FORTE, CEO of Colorado Springs Utilities,
MERV BENNETT, Chairman of the Board, CSU,
ANDRES PICO, Vice-Chairman of the Board, CSU,
COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT, and
GARRY KAUFMAN, Deputy Director, Colorado Air Pollution Control Division,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 7] of Judge Philip A. Brimmer entered on May 21, 2014, it is

**ORDERED** that this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

Dated at Denver, Colorado this 2nd day of June, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks
_____
Kathy Preuitt-Parks
Deputy Clerk